**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Ridgeline Design & Construction, LLC,

   Plaintiff,

 vs.

Jim Hebets and Carol Hebets,

   Defendants.

No. CV-09-8105-PCT-PGR

ORDER

  The parties having filed a Stipulated Notice of Dismissal (docs. #16 and #17) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

  IT IS ORDERED that the Clerk of the Court shall terminate this action.

  DATED this 20th day of October, 2009.

_____
Paul G. Rosenblatt
United States District Judge