**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ridgeline Design & Construction, LLC,<br><br>        Plaintiff,<br>  vs.<br><br>Jim Hebets and Carol Hebets,<br><br>        Defendants. | No. CV-09-8105-PCT-PGR<br><br>AMENDED ORDER |

The parties having filed a Stipulated Notice of Dismissal (docs. #16 and #17) which is sufficient to automatically effectuate the dismissal of this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 21th day of October, 2009.

_[signature]_
Paul G. Rosenblatt
United States District Judge